IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH COX,

    Plaintiff,

v.

GENERAL MILLS, INC.,

    Defendant.

No. C 12-06377 WHA

**ORDER DENYING STIPULATED EXTENSIONS**

The parties' stipulated request for an extension of deadlines does not set forth any basis for vacating the case management conference or for modifying the briefing schedule of a yet-unfiled motion. Good cause not shown, the stipulated request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE