IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH COX,

      Plaintiff,

  v.

GENERAL MILLS, INC.,

      Defendant.
                                   /

No. C 12-06377 WHA

**ORDER SETTING SCHEDULE**

     Upon review of the parties' renewed request for an extension, the existing case deadlines are **MODIFIED** as follows:  defendant shall answer the complaint or file its motion by **MARCH 7 AT NOON**; if defendant moves to dismiss, plaintiff's opposition thereto will be due by **MARCH 28 AT NOON**; any reply will be due by **APRIL 4 AT NOON**; the motion will be heard on **APRIL 18 AT 8:00 A.M.**  The initial case management conference is **RESCHEDULED** for **APRIL 18 AT 11:00 A.M.**  This order should not be interpreted as a *de facto* stay of the parties' initial discovery obligations.

     **IT IS SO ORDERED.**

Dated:   February 11, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE