IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH COX,

    Plaintiff,

  v.

GENERAL MILLS, INC.,

    Defendant.

No. C 12-06377 WHA

**ORDER DENYING PRO HAC VICE APPLICATIONS**

The *pro hac vice* application of Attorneys Sipos and Roos (Dkt. Nos. 15–16) are **DENIED** because the certificates of good standing do not match the declarations. While the application fees does not need to be paid again, the applications cannot be processed until corrected forms are submitted.

**IT IS SO ORDERED.**

Dated: February 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE