United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH COX,

    Plaintiff,

v.

GENERAL MILLS, INC.,

    Defendant.

                                   /

No. C 12-06377 WHA

**ORDER GRANTING PRO HAC VICE APPLICATIONS**

    The *pro hac vice* application of Attorneys Sipos and Roos (Dkt. Nos. 22–23) are **GRANTED**, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorneys must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the applications will constitute notice to the party.

    **IT IS SO ORDERED.**

Dated: March 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE