Benjamin M. Lopatin, Esq.
Cal. Bar No. 281730
*lopatin@hwrlawoffice.com*
**THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.**
One Embarcadero Center, Suite 500
San Francisco, CA 94111
(800) 436-6437
(415) 692-6607 (fax)

Attorney for Plaintiff Elizabeth Cox and the Proposed Class

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZABETH COX, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MILLS, INC., a Delaware corporation,<br><br>Defendant. | Case No.: C 12-06377 WHA<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO** *FEDERAL RULE OF CIVIL PROCEDURE* **41(a)(1)(A)(i)** |

**TO THE COURT, CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(i), Plaintiff, Elizabeth Cox, hereby gives notice of the voluntary dismissal without prejudice of the above-captioned case.

Dated: April 10, 2013            Respectfully Submitted,

                        THE LAW OFFICES OF
                        HOWARD W. RUBINSTEIN, P.A.

                    By: */s/ Benjamin M. Lopatin*
                        Benjamin M. Lopatin

                        *Attorney for Plaintiff Elizabeth Cox
                        and the Proposed Class*